```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

MICHAEL MARIO BUCKNER                                          PLAINTIFF

        v.            Civil No. 12-5152

TIM HELDER, Sheriff of
Washington County, Arkansas                                    DEFENDANT

### ORDER

Now on this 18TH day of September, 2012, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #5), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #5) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed with prejudice** due to plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE